| | |
|---|---|
| Jason Michael Wejnert<br>jwejnert@devlinlawfirm.com<br>Christopher Reed Clayton<br>cclayton@devlinlawfirm.com<br>Alex Chan<br>achan@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Ave<br>Wilmington, DE 19806<br>302−449−9010<br><br>*Attorneys for Plaintiff*<br>*Bell Semiconductor, LLC* | Krista S. Schwartz (SBN 303604)<br>kschwartz@willkie.com<br>Barrington Dyer (SBN 264762)<br>bdyer@willkie.com<br>WILLKIE FARR & GALLAGHER LLP<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 858-7400<br><br>Akira Irie (CA SBN 258818)<br>AIrie@mofo.com<br>A. Max Olson (CA SBN 155510)<br>aolson@mofo.com<br>Teresa Truong Pham (CA SBN 345521)<br>tpham@mofo.com<br>MORRISON & FOERSTER LLP<br>Shin-Marunouchi Building, 29th Floor<br>Chiyoda-ku, Marunouchi 1-5-1 Tokyo, Japan<br>Telephone: +81 3 3214 6522<br><br>Mark L. Whitaker (pro hac vice)<br>MWhitaker@mofo.com<br>Morrison & Foerster LLP<br>2100 L St. NW Suite 900<br>Washington DC 20037<br>Telephone: (202) 887-1507<br>Facsimile: (202) 887-0763<br>Roman A. Swoopes (CA SBN 274167)<br>RSwoopes@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road Palo Alto, California<br>Telephone: (650) 813-5600<br>*Attorneys for Defendant Socionext America, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC<br><br>Plaintiff,<br><br>v.<br><br>SOCIONEXT AMERICA, INC.<br><br>Defendant. | ~~C.A.~~ No. 4:23-cv-03116-**YGR**~~TSH~~<br>~~C.A.~~ No. 4:23-cv-03117-**YGR**~~TSH~~<br>~~C.A.~~ No. 4:23-cv-03118-**YGR**~~TSH~~<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**<br><br>Hon. Yvonne Gonzalez Rogers |

1   WHEREAS, in the above-captioned actions, Plaintiff Bell Semiconductor, LLC "Bell
2   Semic") asserted infringement of its U.S. Patent Nos. 7,007,259; 7,149,989; 7,396,760;
3   6,436,807; 7,260,803 and 7,231,626 ("the asserted patents") by Defendant Socionext America,
4   Inc. ("Socionext" and together, with Bell Semic, "the Parties") for designing one or more devices
5   using a variety of design tools from one or more of Siemens Industry Software, Inc. ("Siemens"),
6   Cadence Design Systems, Inc. ("Cadence") or Synopsys, Inc. ("Synopsys");
7   WHEREAS, Siemens, Cadence, and Synopsys initiated declaratory judgement actions in
8   the District of Delaware involving those same asserted patents referenced above in Case Nos. 22-
9   1569-CFC ("Siemens action"), and 22-1512-CFC ("Cadence/Synopsys action");
10  WHEREAS, on May 8, 2023, pursuant to a settlement agreement between Bell Semic
11  and Siemens, the court in the Siemens action ordered entry of a stipulation of dismissal, with
12  prejudice, of all claims asserted by declaratory judgement plaintiff Siemens, with each party to
13  bear its own costs, expenses and attorneys' fees;
14  WHEREAS, on August 1, 2023, pursuant to a settlement agreement between Bell Semic
15  and Cadence, the court in the Cadence/Synopsys action ordered entry of a stipulation of
16  dismissal with prejudice of all claims, counterclaims, and defenses between Bell Semic and
17  Cadence with each party to bear its own costs, expenses and attorneys' fees;
18  WHEREAS, on December 20, 2023, pursuant to a settlement agreement between Bell
19  Semic and Synopsys, the court in the Cadence/Synopsys action ordered entry of a stipulation of
20  dismissal with prejudice of all claims, counterclaims, and defenses between Bell Semic and
21  Synopsys with each party to bear its own costs, expenses, and attorneys' fees;
22  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
23  the Parties, through their undersigned counsel, that all claims and defenses of each Party against
24  the other at issue in these litigations are hereby dismissed, with prejudice. Each Party shall bear
25  its own costs, expenses, and attorneys' fees.
26
27

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

No. 4:23-cv-03116-YGR ~~TSH~~
No. 4:23-cv-03117-YGR ~~TSH~~
No. 4:23-cv-03118-YGR ~~TSH~~

| | | |
|---|---|---|
| 1 | Dated: December 27, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | By: */s/ Akira Irie*<br>Krista S. Schwartz (SBN 303604)<br>kschwartz@willkie.com | By: */s/ Alex Chan*<br>Alex Chan<br>achan@devlinlawfirm.com |
| | Barrington Dyer (SBN 264762)<br>bdyer@willkie.com<br>WILLKIE FARR & GALLAGHER LLP<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 858-7400 | Jason Michael Wejnert<br>jwejnert@devlinlawfirm.com<br>Christopher Reed Clayton<br>cclayton@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251 |
| | Akira Irie (CA SBN 258818)<br>AIrie@mofo.com<br>A. Max Olson (CA SBN 155510)<br>aolson@mofo.com<br>Teresa Truong Pham (CA SBN 345521)<br>tpham@mofo.com<br>MORRISON & FOERSTER LLP<br>Shin-Marunouchi Building, 29th Floor<br>Chiyoda-ku, Marunouchi 1-5-1 Tokyo, Japan<br>Telephone: +81 3 3214 6522 | *Attorneys for Plaintiff*<br>*Bell Semiconductor, LLC* |
| | Mark L. Whitaker (pro hac vice)<br>MWhitaker@mofo.com<br>Morrison & Foerster LLP<br>2100 L St. NW Suite 900<br>Washington DC 20037<br>Telephone: (202) 887-1507<br>Facsimile: (202) 887-0763<br>Roman A. Swoopes (CA SBN 274167)<br>RSwoopes@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road Palo Alto, California<br>Telephone: (650) 813-5600 | |
| | *Attorneys for Defendant Socionext America, Inc.* | |

IT IS SO ORDERED this __4th__ day of __January__, ~~2023~~2024.

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE    No. 4:23-cv-03116-YGR ~~TSH~~
No. 4:23-cv-03117-YGR ~~TSH~~
No. 4:23-cv-03118-YGR ~~TSH~~